IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CITY OF MIAMI BEACH AND
JOHNS EASTERN COMPANY,
INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D15-1806

v.

BEATRIZ MUNOZ,

     Appellee.

_____/

Opinion filed October 7, 2015.

An appeal from an order of the Judge of Compensation Claims.
Edward Ramos Almeyda, Judge.

Dates of Accident: July 14, 2005 and September 9, 2005.

Luis F. Estrada of Angones, McClure & Garcia, P.A., Miami, for Appellants.

William F. Souza of the Law Offices of William F. Souza, P.A., North Miami Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., MARSTILLER, and MAKAR, JJ., CONCUR.